# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0909

VERSUS

KIRBY R. THOMAS

**SEPTEMBER 26, 2022**

In Re:   Kirby R. Thomas, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Assumption, No. 17-
         CR-000123.

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT